# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN A. SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01032-SAB<br><br>ORDER RE: REQUEST TO FILE DOCUMENTS UNDER SEAL AND REQUEST TO MODIFY ORDER<br><br>(ECF Nos. 11, 12, 14) |

Plaintiff Stephen Smith, as Special Administrator on behalf of the estates of decedents Sharleen and Robert Robson ("Plaintiff"), initiated this tax refund action on August 16, 2022. (ECF No. 1.) On August 17, 2022, Plaintiff filed a notice of request to seal "Exhibit C" (specifically, bates-stamped as pages 6–47) to the complaint, which is an "As Amended 2015 Form 1040" U.S. tax return previously filed by Plaintiff on behalf of the Robsons. (ECF No. 11.) Concurrently with the notice of request to seal, Plaintiff submitted a copy of the request to seal, an unredacted copy of the "As Amended 2015 Form 1040" attached as Exhibit C to the complaint, and a supporting declaration. Confusingly, in addition to submitting an unredacted

1

copy of the "Exhibit C" document with his request, Plaintiff also attached a copy of the same "As Amended 2015 Form 1040" document as "Exhibit A" to his declaration in support of the request to seal.[1]  An independent review of all documents by the Court confirms that Exhibit C to the complaint is identical to "Exhibit A" to Plaintiff's supporting declaration.  On August 19, 2022, the Court granted Plaintiff's request to seal, and ordered the "As Amended 2015 Form 1040" document attached as "Exhibit C" to the complaint be filed under seal.  (ECF No. 12.)  However, determining that the request to seal itself, and the supporting declaration did not otherwise contain any confidential information that required sealing, the Court ordered Plaintiff to file on the record the previously submitted request to seal, and supporting declaration.  (Id.)

It perhaps seemed too apparent to the Court to require further specification that the very order granting Plaintiff's request to seal would not require the public filing of that same document, even if it was unnecessarily appended as a duplicate exhibit to the non-confidential documents submitted to the Court.  Nonetheless, on August 23, 2022, Plaintiff filed a second notice of request to file documents under seal/request to modify order.  (ECF No. 14.)  The second request seeks to file under seal the "Exhibit A" (specifically, bates-stamped as pages 2–43) to Plaintiff's declaration that was previously submitted in support of the first request to seal. Additionally, Plaintiff acknowledges the Court's finding that the first request to seal and declaration (main document) do not themselves contain confidential information, and his second request to seal does not seek file these documents under seal with "Exhibit A."  Concurrently with the notice of request to seal that was filed (ECF No. 14), Plaintiff submitted a copy of the request to seal, a proposed order, and an unredacted copy of "Exhibit A."  "Exhibit C" has been filed under seal, pursuant to the Court's order.  (ECF No. 13.)

For the reasons set forth above—namely, "Exhibit A" is a duplicate of "Exhibit C"— and for the same reasons set forth in the Court's August 19, 2022 order (ECF No. 12), the Court shall grant Plaintiff's instant request.  However, Plaintiff is still required to file a copy of the original request to seal and the body of his declaration (absent Exhibit A).  In addition, Plaintiff shall be

---

[1] For example, Plaintiff could simply have incorporated by reference in his supporting declaration the unredacted copy of Exhibit C to the complaint that was concurrently submitted with his request to seal.

required to file the instant second request to seal, as it also contains no confidential information.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's second request to seal (ECF No. 14) is GRANTED;

2. "Exhibit A" to Plaintiff's declaration in support of his original request to seal (bates-stamped as pages 2–43 and submitted with ECF No. 12) shall be FILED UNDER SEAL and shall REMAIN UNDER SEAL until further order of the Court;

3. Plaintiff shall email "Exhibit A" to ApprovedSealed@caed.uscourts.gov for filing under seal in compliance with Local Rule 141 **within three (3) days** of the date of entry of this order;

4. Plaintiff shall file his second request to seal documents/request to modify order, as it is not entitled to be filed under seal; and

5. The Court's August 19, 2022 order (ECF No. 12) shall be modified to read as follows:

   a) Plaintiff's request to seal "Exhibit C" to the complaint (ECF No. 11) is GRANTED;

   b) Plaintiff's "Exhibit C" to the complaint (bates-stamped as pages 6–47) shall be FILED UNDER SEAL and shall REMAIN UNDER SEAL under further order of the Court;

   c) Plaintiff shall e-mail "Exhibit C" to ApprovedSealed@caed.uscourts.gov for filing under seal in compliance with Local Rule 141 **within three (3) days** of the date of entry of this order; and

   d) Plaintiff shall file his first request to seal documents and supporting declaration (without "Exhibit A," which shall be filed under seal pursuant to the Court's order), as they are not entitled to be filed under seal.

///

///

///

6. Should Plaintiff believe any portion of the documents he has been ordered to file on the record must also be redacted or filed under seal, he shall file a separate request to redact or seal, specifically identifying and addressing the portions of each document that remain at issue.

IT IS SO ORDERED.

Dated: **August 25, 2022**

UNITED STATES MAGISTRATE JUDGE