# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN A. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01032-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO ANSWER AND CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 26) |

This action was filed on August 16, 2022. (ECF Nos. 1.) On October 17, 2022, the Court granted the parties' initial request to extend the time for the United States to answer or otherwise respond and to continue the scheduling conference. (ECF No. 22.) Accordingly, the United States' answer or response is due by December 16, 2022, and the scheduling conference is set for January 17, 2023. (Id.) On December 14, 2022, the parties filed a stipulated motion to further extend the responsive pleading deadline and continue the scheduling conference. (ECF No. 26.) The Court finds good cause to grant the stipulated request based on the parties' proffer that they are continuing to exchange numerous tax documents and having accountants finalize documents for submission to the United States.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to extend the responsive pleading deadline and to continue the scheduling conference (ECF No. 26) is GRANTED;

2. The Defendants' deadline to file a responsive pleading is extended to March 6, 2023;

3. The scheduling conference currently set for January 17, 2023, is CONTINUED to **April 6, 2023**, at 1**1:00 a.m.** in **Courtroom 9**; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**December 14, 2022**__

UNITED STATES MAGISTRATE JUDGE