# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN A. SMITH, *as Special Administrator of the Estate of Sharleen G. Robson (deceased), and the Estate of Robert W. Robson (deceased)*,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 1:22-cv-01032-JLT-SAB<br><br>ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF Nos. 27, 34) |

Plaintiff initiated this tax refund action against Defendants United States, the Department of Treasury and the Internal Revenue Service on August 16, 2022. (ECF No. 1.) The United States, on behalf of Defendants filed an answer to the complaint on March 6, 2023. (ECF No. 31.) An initial scheduling conference is currently set for April 6, 2023. (ECF No. 27.)

On March 27, 2023, the parties filed a stipulated request to continue the scheduling conference approximately 60 days to allow the parties to complete some initial discovery which was delayed during attempts to reach a global settlement agreement. (ECF No. 34.) The Court finds good cause to grant the extension and shall continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The Scheduling Conference set for April 6, 2023, is continued to **June 13, 2023, at**

**10:00 a.m.**; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **March 27, 2023**

UNITED STATES MAGISTRATE JUDGE