# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN A. SMITH, as Special Administrator of the Estate of Sharleen G. Robson (deceased), and the Estate of Robert W. Robson (deceased),<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 1:22-cv-01032-JLT-SAB<br><br>ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF Nos. 41, 42, 43) |

Plaintiff initiated this tax refund action against Defendants United States, the Department of Treasury and the Internal Revenue Service on August 16, 2022. (ECF No. 1.) An initial scheduling conference is currently set for December 12, 2023. (ECF No. 41.)

On December 4, 2023, the parties filed a stipulated request to continue the scheduling conference ninety (90) days, and a separate proposed order. (ECF Nos. 42, 43.) The parties request the continuance as after the Mitigation Provisions Specialist and the Senior Technician Reviewer have completed their review, counsel for the Plaintiff and counsel for Defendant the United States (with the assistance of the Mitigation Provisions Specialist and the Senior Technician Reviewer) will continue to meet and confer to determine whether a basis of settlement of this case can be agreed upon by the parties, and then file a further joint status report with the Court.

1

The Court finds good cause to grant the extension and shall continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The Scheduling Conference set for December 12, 2023, is continued to March 12, 2024, at 9:30 a.m.; and
2. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **December 5, 2023**

UNITED STATES MAGISTRATE JUDGE